

FEB 1 4 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

3:24-CV-11
Samuel Marra
184 Manley Ave
Vine Grove KY 40175
502-905-4818
Samuelmarra333@gmail.com
**Plaintiff**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| SAMUEL J MARRA, | } | |
| | } | |
| Plaintiff, | } | Case No. 3:24-CV-11 |
| | } | DEPT. NO. |
| V. | } | |
| | } | |
| Rocky Top Police Department | } | |
| Anderson County Sheriff Department | } | |
| Anderson County Detention Center | } | |
| Terry Frank, Mayor | } | |
| | } | |
| Defendant. | } | |

### PLAINTIFF'S DEMAND FOR A JURY TRIAL

Comes now SAMUEL J MARRA, the Plantiff in the above listed Civil case and makes his Demand for a Jury Trial. The Seventh Right in the Bill Of Rights. Juries may be demanded in civil cases (over $20) and the jury shall be the trier of the fact in such cases as required by common law.The defendants in said case are ROCKY TOP POLICE DEPARTMENT, ANDERSON COUNTY SHERIFF DEPARTMENT, ANDERSON COUNTY DETENTION CENTER, and TERRY FRANK, MAYOR.

Samuel Marra 2-12-2024

Samuel Morra
184 Manley Ave
Vine Grove, KY 40175

U.S. Courthouse Clerks Office
800 Market St.
Knoxville TN 37902

RECEIVED
FEB 1 4 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville