# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| SAMUEL JOHN MARRA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-CV-11 |
| | ) Varlan/Poplin |
| | ) JURY DEMANDED |
| ANDERSON COUNTY DETENTION FACILITY, et. al | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now NATHANIEL H. EVANS of The Evans Law Firm and enters a Notice of Appearance as counsel for the Plaintiff, Samuel Marra, in this case and hereby requests that copies of all future pleadings and notices be mailed to Nathaniel H. Evans, Esq., Plaintiff's attorney, at the address below.

Respectfully submitted this 7th day of March, 2024.

/s/ Nathaniel H. Evans
NATHANIEL H. EVANS (BPR # 026292)
THE EVANS LAW FIRM
625 Market Street, Suite 404
Knoxville, Tennessee 37902
(865) 523-2755
nate@evanslawfirm.law